```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :    ORDER
            - v. -               :
                                 :    S1 22 CR 343 (JMF)
Boss Terrell,                    :
    a/k/a "Sauce,"               :
Yaurel Centeno,                  :
    a/k/a "Flex,"                :
Lydell Seymore,                  :
    a/k/a "Bugout,"              :
Darrell Spencer,                 :
    a/k/a "Rell,"                :
Isaiah Thomas,                   :
    a/k/a "Zay,"                 :
    a/k/a "Chicago,"             :
Jacob Baker,                     :
Tyshawn Brogdon,                 :
    a/k/a "Shawn,"               :
Rasheed Chapman,                 :
    a/k/a "Ra,"                  :
Mamadou Diallo,                  :
    a/k/a "Haji,"                :
    a/k/a "Aladje,"              :
Antwan Mosley,                   :
    a/k/a "Ant," and             :
Noel Carr,                       :
    a/k/a "Noey,"                :
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Courtney L. Heavey and Thomas John Wright;

IT IS FOUND that the superseding indictment in the above-captioned case is currently sealed and that the United States

Attorney's Office has applied to have that indictment unsealed, it is therefore

ORDERED that the superseding indictment in the above-captioned case be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         December 14, 2022

_____
JAMES L. COTT
United States Magistrate Judge