UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                  :

UNITED STATES OF AMERICA,                     :

           -v-                                            :           S1 22-CR-343 (JMF)

BOSS TERRELL, et al,                            :           <u>SCHEDULING ORDER</u>

                   Defendants.            :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       IT IS HEREBY ORDERED that the parties shall appear for arraignment and a pretrial conference in this matter on **December 20, 2022** at **2:15 p.m.** in **Courtroom 23B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York (NOT the Court's usual Courtroom or Courthouse).

       SO ORDERED.

Dated: December 15, 2022
       New York, New York

                                                          JESSE M. FURMAN
                                                    United States District Judge