```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :    22-CR-343 (JMF)
                                                                  :
YAUREL CENTENO and ISAIAH THOMAS,                                 :    SCHEDULING ORDER
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

The Court hereby refers the presentment and arraignment of the above-captioned Defendants to the duty Magistrate Judge. At the conference held on December 20, 2022, as to the other Defendants in this case, the Court set certain pretrial deadlines and scheduled the next pretrial conference for **March 28, 2023** at **2:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.[1] Counsel for the new Defendants shall review the transcript of that proceeding; unless and until the Court orders otherwise, all dates and deadlines shall apply to the new Defendants as well. If counsel for either of those Defendants believes there is a need for an earlier conference, they should confer with the Government and file a letter motion requesting a conference on the docket.

Finally, counsel should note the Court appointed Emma M. Greenwood as Coordinating Discovery Attorney. *See* Doc. No. 57.

SO ORDERED.

Dated: January 9, 2023
       New York, New York

                                            _____
                                            JESSE M. FURMAN
                                            United States District Judge

---

[1] The Court did not set a deadline for pretrial motions given that several Defendants in the case are facing death-penalty-eligible charges.