```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :     ORDER ACCEPTING THE PLEA
            - v. -               :     ALLOCUTION BEFORE A
                                 :     UNITED STATES
YAUREL CENTENO,                  :     MAGISTRATE JUDGE
    a/k/a "Flex,"                :
                                 :     S3 22 CR 343 (JMF)
                Defendant.       :
                                 :
- - - - - - - - - - - - - - - - X
```

Jesse M. Furman, United States District Judge

On February 2, 2024, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Judge Robert W. Lehrburger, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is acceptable to the Court. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:    New York, New York
          February 5, 2024

Sentencing is scheduled for **May 29, 2024, at 10:00 a.m**. in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. The defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. The Clerk of Court is directed to terminate Doc. 173.

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK