# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| 35TH FLOOR | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

April 29, 2024

**BY ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

*Application GRANTED. Sentencing is hereby ADJOURNED to July 31, 2024, at 10:30 a.m. The Clerk of Court is directed to terminate Doc. #222. SO ORDERED.*

*May 1, 2024*

Re:   *United States v. Centeno*, 22 Cr. 343 (JMF)

Your Honor:

    Jean Barrett, David Mou, and I represent Mr. Yaurel Centeno in the above-referenced case. We respectfully request that Mr. Centeno's May 29, 2024 at 3:00 p.m. sentencing hearing be continued to the week of July 29, 2024 or August 5, 2024, which are dates when counsel are available. This is the defense's first request for a continuance of the sentencing. I have conferred with Mr. Centeno and he consents. The government also consents to this application. The reasons for the continuance are as follows.

    We require additional time to prepare for Mr. Centeno's sentencing, including continuing to confer with him and his family, gathering mitigation materials, and drafting Mr. Centeno's sentencing submission, which is currently due on May 15, 2024 according to Your Honor's individual rules.

    Mr. Centeno's sentencing presents serious issues. This requested time will allow counsel to complete these tasks with the attention they deserve.

    I appreciate Your Honor's consideration of this application.

                                                    Respectfully,

                                                    /s/ Michael Hueston

cc:   A.U.S.A. Thomas John Wright
      A.U.S.A. Courtney Heavey