# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000

29 BROADWAY, SUITE 1412
NEW YORK, N.Y. 10006
973-746-1490 (FAX)

DAVID A. RUHNKE* (davidruhnke@ruhnkeandbarrett.com)     ◊     JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)
*RETIRED FROM FIRM 2023

REPLY TO MONTCLAIR OFFICE

May 13, 2024

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*The parties shall appear for a conference on May 21, 2024, at 10:00 a.m. The Clerk of Court is directed to terminate Doc. #234. SO ORDERED.*

*May 14, 2024*

Re:   *United States v. Yaurel Centeno*, S3 22 Cr. 343 (JMF)

Dear Judge Furman:

Undersigned counsel have been appointed to represent Yaurel Centeno who is currently scheduled to be sentenced on July 31, 2024. We write, respectfully, to request to be relieved as counsel for Mr. Centeno. At a recent meeting, we reached an impasse on a matter which is central to our attorney-client relationship.

We have concluded that the mutual trust necessary for us to effectively represent Mr. Centeno is irretrievably broken. Mr. Centeno has consented to have new counsel substituted in our place. Consequently, we respectfully request that we be relieved as counsel for Mr. Centeno and that new CJA counsel be appointed to represent him.

Thank you for your attention to this request.

Respectfully yours,

Michael Oliver Hueston
Jean D. Barrett
David Mou
Attorneys for Yaurel Centeno

By:   */s/ Jean D. Barrett*

C:\CASE FILES\SENTENCES\CASES\Centeno, Yaurel\Judge Furman ltr to be relieved 5-13-24.wpd