UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 22-CR-343-2 (JMF)
: 20-CR-432 (JMF)
YAUREL CENTENO, :
: ORDER
Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

The mandate in 20-CR-432 finally issued this morning. In light of that, and as discussed on the record at the conference held in both cases this morning, sentencing in 22-CR-343 and resentencing in 20-CR432 are hereby set for **December 12, 2024**, at **3:00 p.m.** As discussed, counsel shall file a single sentencing submission covering both cases no later than **November 27, 2024**; the Government's submissions are due **one week prior to sentencing**.

SO ORDERED.

Dated: September 25, 2024
New York, New York

_____
JESSE M. FURMAN
United States District Judge